Case 2:17-cv-02777-MMB Document 14 Filed 07/13/17 Page 1 of 4



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ROTHMAN, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CARDCONNECT CORP., JEFFREY SHANAHAN, PETER BURNS, TOOS DARUVALA, RICHARD GARMAN, RONALD L. TAYLOR, and CHRISTOPHER WINSHIP, )<br><br>Defendants. ) | Case No. 2:17-cv-02777-MMB<br><br>FILED<br>JUL 1 3 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on May 29, 2017, CardConnect Corp. announced that it had entered into an agreement and plan of merger with First Data Corporation, by which First Data would acquire all of the outstanding shares of CardConnect common stock through an all-cash tender offer at a purchase price of $15.00 per share (the "Tender Offer");

WHEREAS, on June 8, 2017, CardConnect filed a Recommendation Statement on Schedule 14D-9 (the "Recommendation Statement") with the U.S. Securities and Exchange Commission ("SEC") recommending that CardConnect's stockholders tender their shares for the Tender Offer price;

WHEREAS, on June 20, 2017, Plaintiff Michael Rothman filed (i) the above-captioned action on behalf of a putative class of CardConnect stockholders alleging that the Recommendation Statement was materially incomplete and misleading and asserting claims under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, and (ii) a motion for preliminary injunction and expedited proceedings;

WHEREAS, on June 21, 2017, the Court entered an Order setting an expedited schedule and hearing date for Plaintiff's preliminary injunction motion;

WHEREAS, on June 26, 2017, CardConnect filed an amendment to the Recommendation Statement with the SEC that contained certain additional information, which Plaintiff believes has mooted the claims asserted in his Complaint;

WHEREAS, on June 26, 2017, Plaintiff voluntarily withdrew his preliminary injunction motion;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the above-captioned action was ever meritorious;

WHEREAS, Plaintiff's counsel may submit an application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application") to the Court;

WHEREAS, Defendants reserve all rights, arguments and defenses, including the right to oppose any Fee and Expense Application;

WHEREAS, no class has been certified in the above-captioned action; and

WHEREAS, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding or agreement to give any such compensation has been made;

NOW, THEREFORE, IT IS HEREBY SITPULATED AND AGREED, by and through the parties' undersigned counsel, that:

1. The above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice as to named Plaintiff Michael Rothman and without prejudice as to the other members of the putative class.

Case 2:17-cv-02777-MMB   Document 15   Filed 07/13/17   Page 3 of 4

2. The Court should retain jurisdiction of this action for the sole purpose of determining any Fee and Expense Application by Plaintiff's counsel.

3. This Stipulation is without prejudice to any position, claim or defense any party may assert with respect to the Fee and Expense Application or any matter related thereto, which includes Defendants' right to challenge the basis for, as well as the amount of, the Fee and Expense Application.

4. The parties shall meet and confer concerning Plaintiff's potential Fee and Expense Application and the payment of Plaintiff's counsel's fees and expenses. If the parties are unable to reach agreement, they will ask the Court to set a stipulated briefing and hearing schedule for Plaintiff's Fee and Expense Application.

5. Any Fee and Expense Application will be jointly filed with the plaintiff in the related action, captioned *Scarantino v. CardConnect Corp., et al.*, Case No. 2:17-cv-02677-MMB (E.D. Pa.).

Dated: July 13, 2017
       Philadelphia, Pennsylvania

FARUQI & FARUQI, LLP

OF COUNSEL:

James M. Wilson, Jr.
Nadeem Faruqi
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: (212) 983-9330

/s/Stuart J. Guber
Stuart J. Guber
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Tel: (215) 277-5770

*Attorneys for Plaintiff Michael Rothman*

DLA PIPER LLP (US)

/s/Courtney Saleski
Courtney Saleski
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
Tel: (215) 656-3300

Paul K. Rowe (*admitted pro hac vice*)
WACHTELL, LIPTON, ROSEN
& KATZ LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000

*Attorneys for Defendant CardConnect Corp.*

7/13/17
Mailed

ENTERED
JUL 13 2017
CLERK OF COURT

/s/ [signature]
USDJ
7/13/17